3 Ill. App.3d 357 (1972)
277 N.E.2d 735
In re ESTATE OF FERD A. LUTHER, Deceased  (J.C. LUTHER, Petitioner-Appellant,
v.
MURIEL STEMBERGER et al., Respondents-Appellees.)
No. 11426.
Illinois Appellate Court  Fourth District.
January 11, 1972.
J.C. Luther, pro se, and L.K. Hubbard, of White Hall, for appellant.
McDermott, Will & Emery, of Chicago, (James M. Trapp, James E. Betke, Howard M. Cohen and James T. Madej, of counsel,) for appellees.
Abstract of Decision.
Judgment affirmed.